# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132413(54)

RANDY BUES, Deceased, by MONICA BEUS,
Surviving Spouse,
         Plaintiff-Appellant,

v

BROAD, VOGT & CONANT, INC., STAR
INSURANCE COMPANY, and
MEADOWBROOK CLAIMS SERVICE,
         Defendants-Appellees.

SC: 132413
COA: 258995
WCAC: 03-000316

_____/

On order of the Court, the motion for reconsideration of this Court's March 28, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

d0830